# EXHIBIT B
Invoices



# Invoice

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007

Date 30/9/2015
Invoice 1302662022

Terms Net 45
Due Date 27/11/2015
Billing Period Sep 2015

| Bill To |
|---|
| Wise Data Media LTD<br>Hafetz Haim 8<br>Tel Aviv, Israel |

| Description | Amount |
|---|---:|
| Defy - Billed Media Cost - SEP-2015 | 27.89 |
| Defy - Platform Access Fee - SEP-2015 | 4.74 |
| Microsoft - Billed Media Cost - SEP-2015 | 8,585.58 |
| Microsoft - Contextual Cost - SEP-2015 | 66.52 |
| Microsoft - MediaMath Data Cost - SEP-2015 | 513.37 |
| Microsoft - Platform Access Fee - SEP-2015 | 1,558.13 |
| Mobli - Ad Serving Cost - SEP-2015 | 92.74 |
| Mobli - Billed Media Cost - SEP-2015 | 3,032.77 |
| Mobli - Contextual Cost - SEP-2015 | 68.22 |
| Mobli - MediaMath Data Cost - SEP-2015 | 187.72 |
| Mobli - Platform Access Fee - SEP-2015 | 574.85 |
| Thirdpresence - Billed Media Cost - SEP-2015 | 49,651.01 |
| Thirdpresence - Contextual Cost - SEP-2015 | 132.77 |
| Thirdpresence - MediaMath Data Cost - SEP-2015 | 1,195.52 |
| Thirdpresence - Platform Access Fee - SEP-2015 | 8,666.48 |
| Thirdpresence_2 - Billed Media Cost - SEP-2015 | 0.01 |
| Thirdpresence_2 - Platform Access Fee - SEP-2015 | 0.00 |

Payable to:

MediaMath Inc
PO BOX 200939
Pittsburgh, PA 15251-0939

Via Wire

Account Name: MediaMath Inc
Account No.: 3300670447
Routing No.: 121140399
Swift Code: SVBKUS6S
Bank Name: Silicon Valley Bank
Bank Address: 3003 Tasman Drive
Santa Clara, CA 95054

| | |
|---|---:|
| Subtotal | USD81,048.24 |
| PAYMENTS/CREDITS | USD.00 |
| BALANCE DUE | USD81,048.24 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Olga Sadykova
Phone: 646-840-4277
Email:billing@mediamath.com

Media Math USA



# Invoice

| Description | Amount |
|---|---|
| Vidible - Billed Media Cost - SEP-2015 | 5,376.59 |
| Vidible - Contextual Cost - SEP-2015 | 4.31 |
| Vidible - MediaMath Data Cost - SEP-2015 | 336.98 |
| Vidible - Platform Access Fee - SEP-2015 | 972.04 |

Payable to:

MediaMath Inc
PO BOX 200939
Pittsburgh, PA 15251-0939

Via Wire

Account Name: MediaMath Inc
Account No.: 3300670447
Routing No.: 121140399
Swift Code: SVBKUS6S
Bank Name: Silicon Valley Bank
Bank Address: 3003 Tasman Drive
Santa Clara, CA 95054

| | | |
|---|---|---|
| Subtotal | | USD81,048.24 |
| PAYMENTS/CREDITS | USD.00 | |
| BALANCE DUE | | USD81,048.24 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Olga Sadykova
Phone: 646-840-4277
Email:billing@mediamath.com



Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007

# Invoice

Date 31/10/2015
Invoice 1302664961

Terms Net 45
Due Date 31/12/2015
Billing Period Oct 2015

| Bill To |
|---|
| Wise Data Media LTD |
| Hafetz Haim 8 |
| Tel Aviv, Israel |

| Description | Amount |
|---|---|
| LKQD - Billed Media Cost - OCT-2015 | 194.16 |
| LKQD - Platform Access Fee - OCT-2015 | 33.01 |
| Microsoft - Billed Media Cost - OCT-2015 | 5,424.08 |
| Microsoft - Contextual Cost - OCT-2015 | 86.01 |
| Microsoft - MediaMath Data Cost - OCT-2015 | 475.21 |
| Microsoft - Platform Access Fee - OCT-2015 | 1,017.50 |
| Thirdpresence - Billed Media Cost - OCT-2015 | 55,715.39 |
| Thirdpresence - Contextual Cost - OCT-2015 | 149.56 |
| Thirdpresence - MediaMath Data Cost - OCT-2015 | 1,226.38 |
| Thirdpresence - Platform Access Fee - OCT-2015 | 9,705.53 |
| US_SP - Billed Media Cost - OCT-2015 | 4,108.01 |
| US_SP - Client Margin Credit - OCT-2015 | -630.04 |
| US_SP - Client Margin Share - OCT-2015 | 630.04 |
| US_SP - Contextual Cost - OCT-2015 | 16.81 |
| US_SP - MediaMath Data Cost - OCT-2015 | 75.48 |
| US_SP - Platform Access Fee - OCT-2015 | 714.05 |
| Vidible - Billed Media Cost - OCT-2015 | 11,648.62 |

Payable to:

MediaMath Inc
PO BOX 200939
Pittsburgh, PA 15251-0939

Via Wire

Account Name: MediaMath Inc
Account No.: 3300670447
Routing No.: 121140399
Swift Code: SVBKUS6S
Bank Name: Silicon Valley Bank
Bank Address: 3003 Tasman Drive
Santa Clara, CA 95054

| | | |
|---|---|---|
| Subtotal | | USD93,214.37 |
| PAYMENTS/CREDITS | USD.00 | |
| BALANCE DUE | | USD93,214.37 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Olga Sadykova
Phone: 646-840-4277
Email: billing@mediamath.com

Media Math USA



# Invoice

| Description | Amount |
|---|---|
| Vidible - Contextual Cost - OCT-2015 | 15.82 |
| Vidible - MediaMath Data Cost - OCT-2015 | 534.87 |
| Vidible - Platform Access Fee - OCT-2015 | 2,073.88 |

Payable to:

MediaMath Inc
PO BOX 200939
Pittsburgh, PA 15251-0939

Via Wire

Account Name: MediaMath Inc
Account No.: 3300670447
Routing No.: 121140399
Swift Code: SVBKUS6S
Bank Name: Silicon Valley Bank
Bank Address: 3003 Tasman Drive
Santa Clara, CA 95054

| | | |
|---|---|---|
| Subtotal | | USD93,214.37 |
| PAYMENTS/CREDITS | USD.00 | |
| BALANCE DUE | | USD93,214.37 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Olga Sadykova
Phone: 646-840-4277
Email: billing@mediamath.com

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007



# Invoice

Date 31/7/2016
Invoice 1302681461

Terms Net 45
Due Date 14/9/2016
Billing Period Jul 2016

**Bill To**
Wise Data Media LTD
Hafetz Haim 8
Tel Aviv, Israel

| Description | Amount |
|---|---|
| Microsoft - Billed Media Cost - JUL-2016 | 635.93 |
| Microsoft - Contextual Cost - JUL-2016 | 62.29 |
| Microsoft - MediaMath Data Cost - JUL-2016 | 11.78 |
| Microsoft - Platform Access Fee - JUL-2016 | 120.70 |
| Wise Data Media Ltd Contract Minimum Remaining Balance JUL-2016 | 2,879.30 |

Payable to:

MediaMath Inc
PO BOX 200939
Pittsburgh, PA 15251-0939

Via Wire

Account Name: MediaMath Inc
Account No.: 3300670447
Routing No.: 121140399
Swift Code: SVBKUS6S
Bank Name: Silicon Valley Bank
Bank Address: 3003 Tasman Drive
Santa Clara, CA 95054

| | |
|---|---|
| Subtotal | USD3,710.00 |
| PAYMENTS/CREDITS | USD.00 |
| BALANCE DUE | USD3,710.00 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Accounts Receivable
Phone: 646-741-9982
Email: ar_us@mediamath.com

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007



# Invoice

Date 30/6/2015
Invoice 1302656261

Terms Net 45
Due Date 14/8/2015
Billing Period Jun 2015

| Bill To |
|---|
| Wise Data Media LTD |
| Hafetz Haim 8 |
| Tel Aviv, Israel |

| Description | Amount |
|---|---|
| Arenaturist - Ad Serving Cost - JUN-2015 | 12.74 |
| Arenaturist - Billed Media Cost - JUN-2015 | 1,163.50 |
| Arenaturist - MediaMath Data Cost - JUN-2015 | 63.06 |
| Arenaturist - Platform Access Fee - JUN-2015 | 210.68 |

Payable to:

MediaMath Inc
PO BOX 200939
Pittsburgh, PA 15251-0939

Via Wire

Account Name: MediaMath Inc
Account No.: 3300670447
Routing No.: 121140399
Swift Code: SVBKUS6S
Bank Name: Silicon Valley Bank
Bank Address: 3003 Tasman Drive
Santa Clara, CA 95054

| | | |
|---|---|---|
| Subtotal | | EUR1,449.98 |
| PAYMENTS/CREDITS | EUR.00 | |
| BALANCE DUE | | EUR1,449.98 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Olga Sadykova
Phone: 646-840-4277
Email: billing@mediamath.com

Media Math USA

4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007



# Invoice

Date 31/10/2015
Invoice 1302663478

Terms Net 45
Due Date 31/12/2015
Billing Period Oct 2015

| Bill To |
|---|
| Wise Data Media LTD |
| Hafetz Haim 8 |
| Tel Aviv, Israel |

| Description | Amount |
|---|---|
| Criteo - Billed Media Cost - OCT-2015 | 28.60 |
| Criteo - Platform Access Fee - OCT-2015 | 4.86 |

| Payable to: | Subtotal | EUR33.46 |
|---|---|---|
| MediaMath Inc<br>PO BOX 200939<br>Pittsburgh, PA 15251-0939 | PAYMENTS/CREDITS | EUR.00 |
| Via Wire | BALANCE DUE | EUR33.46 |
| Account Name: SVB-MEDIAMATH INC CCA<br>IBAN: DE39512305000500079300<br>Account Number: 0500079300<br>Bank Name: Silicon Valley Bank<br>Bank Address: 3003 Tasman Drive<br>Santa Clara, CA 95054 | Overdue Invoice are subject to finance charges of 1.5% per month ||
| | Inquiries:<br>Contact: Olga Sadykova<br>Phone: 646-840-4277<br>Email:billing@mediamath.com ||

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007



# Invoice

Date 31/5/2015
Invoice 1302655664

Terms Net 45
Due Date 15/7/2015
Billing Period May 2015

| Bill To |
|---|
| Wise Data Media LTD |
| Hafetz Haim 8 |
| Tel Aviv, Israel |

| Description | Amount |
|---|---|
| TPMN - facebook Platform Access Fee (Upcast) - MAY-2015 | 15.66 |

| | | |
|---|---|---|
| Payable to: | Subtotal | ILS15.66 |
| MediaMath Inc<br>PO BOX 200939<br>Pittsburgh, PA 15251-0939 | PAYMENTS/CREDITS | ILS.00 |
| Via Wire<br>Account Name: MediaMath Inc<br>Account No.: 3300670447<br>Routing No.: 121140399<br>Swift Code: SVBKUS6S<br>Bank Name: Silicon Valley Bank<br>Bank Address: 3003 Tasman Drive<br>Santa Clara, CA 95054 | BALANCE DUE | ILS15.66 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Olga Sadykova
Phone: 646-840-4277
Email:billing@mediamath.com



# Invoice

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007

Date: 31/1/2017
Invoice: 1302694476

Terms: Net 45
Due Date: 12/3/2017
Billing Period: Jan 2017

**Bill To**
Wise Data Media LTD
Hafetz Haim 8
Tel Aviv, Israel

| Description | Amount |
|---|---|
| Wise Data Media Ltd Contract Minimum Remaining Balance JAN-2017 | 3,000.00 |

Payable to:

MediaMath Inc
PO BOX 200939
Pittsburgh, PA 15251-0939

Via Wire

Account Name: MediaMath Inc
Account No.: 3300670447
Routing No.: 121140399
Swift Code: SVBKUS6S
Bank Name: Silicon Valley Bank
Bank Address: 3003 Tasman Drive
Santa Clara, CA 95054

| | |
|---|---|
| Subtotal | USD3,000.00 |
| PAYMENTS/CREDITS | USD.00 |
| BALANCE DUE | USD3,000.00 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Accounts Receivable
Phone: 646-741-9982
Email: ar_us@mediamath.com

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007



# Invoice

Date 31/12/2016
Invoice 1302692225

Terms Net 45
Due Date 11/2/2017
Billing Period Dec 2016

| Bill To |
|---|
| Wise Data Media LTD<br>Hafetz Haim 8<br>Tel Aviv, Israel |

| Description | Amount |
|---|---|
| Wise Data Media Ltd Contract Minimum Remaining Balance DEC-2016 | 3,000.00 |

| Payable to: | Subtotal | USD3,000.00 |
|---|---|---|
| MediaMath Inc<br>PO BOX 200939<br>Pittsburgh, PA 15251-0939 | PAYMENTS/CREDITS | USD.00 |
| Via Wire<br><br>Account Name: MediaMath Inc<br>Account No.: 3300670447<br>Routing No.: 121140399<br>Swift Code: SVBKUS6S<br>Bank Name: Silicon Valley Bank<br>Bank Address: 3003 Tasman Drive<br>Santa Clara, CA 95054 | BALANCE DUE | USD3,000.00 |

Overdue Invoice are subject to finance charges of 1.5% per month

Inquiries:
Contact: Accounts Receivable
Phone: 646-741-9982
Email: ar_us@mediamath.com

Media Math USA

4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007



# Invoice

Date 30/11/2016
Invoice 1302689953

| Bill To |
|---|
| Wise Data Media LTD<br>Hafetz Haim 8<br>Tel Aviv, Israel |

Terms Net 45
Due Date 11/1/2017
Billing Period Nov 2016

| Description | Amount |
|---|---|
| Wise Data Media Ltd Contract Minimum Remaining Balance NOV-2016 | 3,000.00 |

| Payable to: | Subtotal | USD3,000.00 |
|---|---|---|
| MediaMath Inc<br>PO BOX 200939<br>Pittsburgh, PA 15251-0939 | PAYMENTS/CREDITS | USD.00 |
| Via Wire | BALANCE DUE | USD3,000.00 |
| Account Name: MediaMath Inc<br>Account No.: 3300670447<br>Routing No.: 121140399<br>Swift Code: SVBKUS6S<br>Bank Name: Silicon Valley Bank<br>Bank Address: 3003 Tasman Drive<br>Santa Clara, CA 95054 | Overdue Invoice are subject to finance charges of 1.5% per month | |

Inquiries:
Contact: Accounts Receivable
Phone: 646-741-9982
Email: ar_us@mediamath.com

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007



# Invoice

Date 31/10/2016
Invoice 1302687990

Terms Net 45
Due Date 10/12/2016
Billing Period Oct 2016

| Bill To |
|---|
| Wise Data Media LTD<br>Hafetz Haim 8<br>Tel Aviv, Israel |

| Description | Amount |
|---|---|
| Wise Data Media Ltd Contract Minimum Remaining Balance OCT-2016 | 3,000.00 |

| Payable to: | Subtotal | USD3,000.00 |
|---|---|---|
| MediaMath Inc<br>PO BOX 200939<br>Pittsburgh, PA 15251-0939 | PAYMENTS/CREDITS | USD.00 |
| Via Wire | BALANCE DUE | USD3,000.00 |
| Account Name: MediaMath Inc<br>Account No.: 3300670447<br>Routing No.: 121140399<br>Swift Code: SVBKUS6S<br>Bank Name: Silicon Valley Bank<br>Bank Address: 3003 Tasman Drive<br>Santa Clara, CA 95054 | Overdue Invoice are subject to finance charges of 1.5% per month | |

Inquiries:
Contact: Accounts Receivable
Phone: 646-741-9982
Email: ar_us@mediamath.com



# Invoice

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007

Date 30/9/2016
Invoice 1302685334

| Bill To | |
|---|---|
| Wise Data Media LTD<br>Hafetz Haim 8<br>Tel Aviv, Israel | Terms Net 45<br>Due Date 11/11/2016<br>Billing Period Sep 2016 |

| Description | Amount |
|---|---|
| Wise Data Media Ltd Contract Minimum Remaining Balance SEP-2016 | 3,000.00 |

| Payable to: | Subtotal | USD3,000.00 |
|---|---|---|
| MediaMath Inc<br>PO BOX 200939<br>Pittsburgh, PA 15251-0939 | PAYMENTS/CREDITS | USD.00 |
| Via Wire<br>Account Name: MediaMath Inc | BALANCE DUE | USD3,000.00 |
| Account No.: 3300670447<br>Routing No.: 121140399<br>Swift Code: SVBKUS6S<br>Bank Name: Silicon Valley Bank<br>Bank Address: 3003 Tasman Drive<br>Santa Clara, CA 95054 | Overdue Invoice are subject to finance charges of 1.5% per month | |

Inquiries:
Contact: Accounts Receivable
Phone: 646-741-9982
Email: ar_us@mediamath.com

Media Math USA
4 World Trade Center,
150 Greenwich St., 45th Floor,
New York, NY 10007



# Invoice

Date 31/8/2016
Invoice 1302683187

Terms Net 45
Due Date 12/10/2016
Billing Period Aug 2016

| Bill To |
|---|
| Wise Data Media LTD<br>Hafetz Haim 8<br>Tel Aviv, Israel |

| Description | Amount |
|---|---|
| Wise Data Media Ltd Contract Minimum Remaining Balance AUG-2016 | 3,000.00 |

| Payable to: | Subtotal | USD3,000.00 |
|---|---|---|
| MediaMath Inc<br>PO BOX 200939<br>Pittsburgh, PA 15251-0939 | PAYMENTS/CREDITS | USD.00 |
| Via Wire<br>Account Name: MediaMath Inc | BALANCE DUE | USD3,000.00 |
| Account No.: 3300670447<br>Routing No.: 121140399<br>Swift Code: SVBKUS6S<br>Bank Name: Silicon Valley Bank<br>Bank Address: 3003 Tasman Drive<br>Santa Clara, CA 95054 | Overdue Invoice are subject to finance charges of 1.5% per month ||

Inquiries:
Contact: Accounts Receivable
Phone: 646-741-9982
Email: ar_us@mediamath.com